**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**January 12, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

MAURICIO CARDENAS,

    Plaintiff - Appellant,

v.

JOSE HERNANDEZ; CITY OF GARDEN
CITY, KANSAS,

    Defendants - Appellees.

No. 25-3178
(D.C. No. 6:24-CV-01046-EFM)
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on the parties' _Stipulation of Dismissal with Prejudice_, as supplemented. [_See_ CTA10 Dkt. Nos. 16, 18].

Upon consideration, the court:

A.    Construes the stipulation to dismiss as a as a motion to voluntarily dismiss the appeal pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure;

B.    Grants that motion as construed; and

C.    Dismisses this appeal, each party to bear his or its own costs on appeal.

_See_ Fed. R. App. P. 42(b); 10th Cir. R. 46.3(C).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk