UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 12, 2026

Mr. Andrew D. Holder
Mr. Connor Michael Russo
Fisher, Patterson, Sayler & Smith
Corporate Woods, Building 51
9393 West 110th Street, Suite 300
Overland Park, KS 66210

Ms. Christie Jess
Mr. Mark A. Jess
Employee Rights Law Firm
4 East Franklin Street
Liberty, MO 64068

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
401 North Market Street
U.S. Courthouse
Room 204
Wichita, KS 67202-0000

Mr. Joseph T. Welsh
Joseph T. Welsh, Attorney at Law
207 South Inman Street
P.O. Box 606
Sublette, KS 67877

**RE:    25-3178, Cardenas v. Hernandez, et al**
Dist/Ag docket: 6:24-CV-01046-EFM

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/mlb